# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v | : CASE NUMBER: 3:09-CR-00039 |
| | : |
| **ERWIN PAVON-PAVON,** | : |
| | : |
| **Defendant** | : |
| | : |

## ORDER

After consideration of the Petition by the United States of America and the statements of fact contained therein, in accordance with the authority of Title 18, United States Code, Section 3573,

IT IS HEREBY ORDERED, that the Government's Petition [Doc. 5] is **GRANTED**. All of the unpaid portion of the restitution imposed against Defendant, including interest or penalties, if any, is hereby **REMITTED**.

**SO ORDERED**, this 13th day of August, 2025.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Prepared by:
Michael P. Morrill
Assistant United States Attorney